# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| GREGORY KONRATH, | )<br>) |
| Petitioner, | )<br>) |
| vs. | ) CAUSE NO. 3:17CV90-PPS<br>) |
| SUPERINTENDENT, | )<br>) |
| Respondent. | ) |

## OPINION AND ORDER

Gregory Konrath, a pro se prisoner, filed a civil lawsuit on a habeas corpus form.[1] However, Konrath is restricted from filing in any civil case in this court "until he has paid in full all outstanding fees and sanctions in all civil actions in any federal court . . .." *Konrath v. Unity Healthcare, LLC*, 3:17CV9 (N.D. Ind. filed January 4, 2017). That restriction has not been lifted and Konrath may not circumvent it by merely using a habeas corpus form.

For these reasons, this case is **DISMISSED WITHOUT PREJUDICE** and the clerk is **DIRECTED** to note this filing as a violation of the restriction order.

**SO ORDERED**.

ENTERED: January 30, 2017

                                                    /s/ Philip P. Simon
                                                    Chief Judge
                                                    United States District Court

---

[1] To the extent that Konrath is attempting to challenge the convictions he listed on page 1, this case would still be dismissed without prejudice because he is already challenging them in *Konrath v. Superintendent*, 1:17CV3 (N.D. Ind. filed January 3, 2017).